**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-471-KJM |
| Plaintiff, | **ORDER TO RELEASE PASSPORT TO DEFENDANT DALJIT SEKHON** |
| vs. | DATE: June 19, 2012 |
| DALJIT SEKHON | Hon. Kimberly J. Mueller |
| Defendant. | |

Defendant, by and through her undersigned counsel, hereby move the Court for an order authorizing her to travel outside the Eastern District of California, and for the Clerk of the United States District Court for the Eastern District of California to release her passport for this travel.

Defendant requests to travel to Canada for the purpose of attending two separate family-related events. Specifically, Defendant requests to travel to Vancouver, British Columbia, Canada for the purpose of attending her aunt's 60th wedding anniversary, which is to be held on July 1, 2012. Defendant will leave on June 29, 2012 and return to Sacramento, California on July 2, 2012.

Defendant also requests to travel to London, Ontario, Canada for the purpose of attending her nephew's wedding, which will be held on July 5th and 6th. Defendant will leave for this trip on July 4, 2012 and return to Sacramento, California on July 8, 2012.

Defendant will need her passport for travel, which was previously surrendered to the

1

Clerk of the United States District Court for the Eastern District of California. Defendant's Passport Number is 459102743. Defendant will surrender her passport back to the Clerk's Office no later than July 9, 2012. The Government has been advised of these requests and has no objection.[1]

Respectfully submitted,

Dated: June 19, 2012   /s/ Mark J. Reichel
MARK J. REICHEL[2]
Attorney for Defendant
Daljit Sekhon

The United States of America, by and through its undersigned attorney, Assistant United States Attorney Jean Hobler, has no objections to Defendant's requests for travel to Vancouver, British Columbia, Canada and London, Ontario, Canada commencing on June 29, 2012 and returning on July 8, 2012. Further, the United States does not object to the release of her passport for this travel with the condition that it be surrendered back to the Clerk's Office no later than close of business on July 9, 2012.

Dated: June 19, 2012   /s/ Jean Hobler
JEAN HOBLER[3]
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] It should be noted that though Defendant is on pretrial release, she is not being supervised by Pretrial Services. Therefore, authorization was not sought from Pretrial Services.

[2] Based on the unavailability of Attorney Mark Reichel, and the urgency in obtaining the passport, Attorney Johnny L. Griffin, III was requested and authorized to electronically file this Proposed Order on Defendant's behalf.

[3] Assistant United States Attorney Jean Hobler telephonically authorized attorney Johnny L. Griffin, III to sign this Proposed Order on his behalf.