1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   MATTHEW SEGAL
3  JEAN M. HOBLER
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  2:08-CR-00471-KJM

            Plaintiff,                 **GOVERNMENT'S MOTION TO**
12                                      **DISMISS CHARGES AS TO**
                                        **ARJINDERPAL S. SEKHON;**
13       v.                             **ORDER**

14  ARJINDERPAL S. SEKHON

15            Defendant.

16

17

18        Plaintiff, the United States of America, hereby moves, pursuant to Federal Rule of

19  Criminal Procedure 48(a), to dismiss the counts in the indictment as to defendant Arjinderpal S.

20  Sekhon in the interests of justice.  Defendant and his physicians report that defendant still has

21  several debilitating health issues, lacks the ability to assist in his own defense, and has little

22  realistic possibility of significant improvement.  As such, the government believes, as a

23  discretionary matter, that continued prosecution of this defendant is no longer warranted.

24  Dated:  July 15, 2013                BENJAMIN B. WAGNER
                                         United States Attorney
25

26                                       */s/ S. Robert Tice-Raskin*
                                         S. ROBERT TICE-RASKIN
27                                       Assistant United States Attorney

28

                                        1

# O R D E R

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), the charges against defendant Arjinderpal S. Sekhon solely are dismissed.

IT IS SO ORDERED.

Dated: July 22, 2013

_____
UNITED STATES DISTRICT JUDGE