MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX: (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DALJIT SEKHON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR-S-08-471 KJM** |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION FOR ORDER RETURNING** |
| v. | **DEFENDANT'S PASSPORT FOR TRAVEL; ORDER** |
| | NO HEARING REQUESTED |
| DALJIT SEKHON, | |
| Defendant. | |

Defendant, DALJIT SEKHON, (hereinafter "Daljit"), through counsel files this unopposed motion for Order returning Defendant's passport for travel.

The United States's Attorneys do not oppose the motion and have agreed that the motion should be heard by the court without the need for a hearing on the matter, and may be signed as soon as is practicable by the Court.

The grounds for the motion are that defendant is going to India in November for family reasons. Defendant's Pre-trial Services Officer, Steve Sheehan, agrees that Defendant

Unopposed Motion for Order Returning Defendant's
Passport for Travel

should be permitted to travel to India as described above.

Based upon the grounds set forth in this unopposed motion, the government agrees with the defendant that the defendant has set forth appropriate grounds to allow Defendant to travel to India in November, which will require the return of her passport.

DATED: September 25, 2013.

Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that Defendant should be allowed to travel to India in November and shall have her passport returned for said travel forthwith. Upon her return to the Eastern District of California defendant shall forthwith provide her passport back to the clerk's office.

DATED: September 25, 2013.

_____
UNITED STATES DISTRICT JUDGE